IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHNNY LUGENE WALKER,<br>        Plaintiff,<br><br>        v.<br><br>FEDERAL CORRECTIONAL INSTITUION<br>McKEAN, et al,<br>        Defendants. | C.A. No. 12-282 Erie |

**MEMORANDUM ORDER**

        This prisoner civil rights action was received by the Clerk of Court on November 8, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on November 6, 2013, recommended that this case be dismissed for Plaintiff's failure to prosecute. Service was made on Plaintiff by mail at FCI McKean, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

        AND NOW, this 12th Day of December, 2013;

        IT IS HEREBY ORDERED that this case is DISMISSED for Plaintiff's failure to prosecute.

The report and recommendation of Magistrate Judge Baxter, dated November 6, 2013, is adopted as the opinion of the court.

The clerk shall mark this case closed.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
Chief United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____